# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0922.  THOMAS F. JEFFRESS, JR. v. THE STATE.**

Following his convictions for armed robbery, kidnapping, and aggravated assault, Thomas F. Jeffress, Jr., was sentenced to life imprisonment.  In 2011, we affirmed his convictions in an unpublished decision.  See *Jeffress v. State*, Case No. A11A0223 (affirmed May 10, 2011).  In 2017, Jeffress filed a pro se motion to supplement the record in the trial court, which the trial court denied.  Jeffress then filed this appeal.  The State has filed a motion to dismiss the appeal.

We lack jurisdiction because the issue Jeffress seeks to raise is now moot.  See OCGA § 5-6-48 (b) (3).  Once appellate review has been concluded, a party may not seek to supplement the trial court record.  See *Jennings v. State*, 277 Ga. App. 71 (625 SE2d 492) (2005).  Here, we have already affirmed Jeffress's convictions, and therefore his request to supplement the record is moot.  Accordingly, the State's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/30/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*